AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br><br>v.<br><br>BENJAMEN SCOTT BURLEW<br>DOB: ▓▓▓▓<br>*Defendant(s)* | Case: 1:21-mj-00501<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 6/25/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 113(a)(4) | (Assault in Special Maritime and Territorial Jurisdiction) |
| 40 U.S.C. §§ 5104(e)(2)(F) | (Act of Physical Violence on Grounds) |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Garrett S. Churchill, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____06/25/2021____                                     _____
                                                             *Judge's signature*

City and state: ____Washington, D.C.____     G. Michael Harvey, U.S. Magistrate Judge
                                             *Printed name and title*