# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

BENJAMEN SCOTT BURLEW

*Defendant*

) Case: 1:21-mj-00501
) Assigned To : Harvey, G. Michael
) Assign. Date : 6/25/2021
) Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Benjamen Scott Burlew ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 113(a)(4)  (Assault in Special Maritime and Territorial Jurisdiction)
40 U.S.C. §§ 5104(e)(2)(F) (Act of Physical Violence on Grounds)

Date: 06/25/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:16:38 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06/25/2021 , and the person was arrested on *(date)* 08/19/2021
at *(city and state)* WYANDOTTE, OK .

Date: 08/27/2021

*Arresting officer's signature*

ALAN T. SISKA, FBI
*Printed name and title*

SECONDARY COPY. PRIMARY COPY WITH USMS TULSA, OK.