UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-647 [RDM] |
| v. : | |
| : | |
| BENJAMEN BURLEW : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that the government will be represented in the above-captioned matter by Assistant United States Attorney Caroline Burrell, who will join the other counsel for the government, AUSA Jennifer Blackwell, who has previously filed her appearance in the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: _/s/ Caroline Burrell_____
Caroline Burrell
CA Bar No. 283687
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6950
caroline.burrell@usdoj.gov

Dated: March 24, 2022