## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   **v.**<br><br>**BENJAMIN SCOTT BURLEW,**<br><br><br>   **Defendant.** | **CR NO.  21-CR-00647 (RDM)** |

### NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES the United States of America, through undersigned counsel, and gives notice that Assistant United States Attorney Jennifer Leigh Blackwell has been re-assigned to the above-referenced matter. AUSA Blackwell will be substituting for AUSA Caroline Burrell.

Dated: August 16, 2022

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar. No. 481052


_____*/s/ Jennifer L. Blackwell*_____
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, N.W.
Washington, D.C.  20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov

CERTIFICATE OF SERVICE

On this 16th day of August, 2022, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.


/s/  Jennifer L. Blackwell
Jennifer Leigh Blackwell
Assistant United States Attorney
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C.  20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov