UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 21-cr-647 (RDM) |
| : | |
| BENJAMEN BURLEW, : | |
| : | |
| : | |
| Defendant.  : | |

### Proposed Order

Upon consideration of the representations made by the parties, and for the reasons set forth on the record at the September 8, 2022 status hearing it is hereby ORDERED that, pursuant to 18 U.S.C. §§ 4241(b); 4247(b) the defendant be examined by the D.C. Department of Behavioral Health, Pretrial and Assessment Branch (DBH), for the purpose of a forensic screening of the defendant's competency, and that after such examination a report be made to this Court, pursuant to 18 U.S.C. § 4247(c)(4)(A) as to:

(1) Whether the defendant is presently mentally competent to understand the nature and consequences of the proceedings against him and to properly assist in the preparation of his defense; and

(2) If the answer to the preceding question is no, does the examining psychiatrist believe the defendant should be transferred to a mental facility for further examination and treatment?

The Court respectfully requests, but does not order, that the report generated as a result of this initial screening be completed within 48 hours of Mr. Burlew's evaluation, subject to the availability of staff resources to honor this request.

**SO ORDERED** this ____ day of September 2022.

_____
HONORABLE RANDOLPH D. MOSS
United States District Court Judge