UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-647 |
| | : | |
| BENJAMEN BURLEW, | : | |
| | : | |
| Defendant. | : | |

### STATUS REPORT

The United States of America, with concurrence of defense counsel, hereby respectfully submits this status report to the Court regarding the above-captioned case.

**A. Background**

The defendant was charged by complaint on June 25, 2021. The arrest warrant was executed in August 2021, and the defendant made an initial appearance in the District of Columbia on August 26, 2021. The defendant was indicted on October 27, 2021. He made his initial appearance on the indictment on November 5, 2021. The indictment was superseded, and the defendant was arraigned on the superseding indictment at a status conference on March 25, 2022. The Court originally set a trial date of October 24, 2022. The defendant underwent competency and sanity evaluations upon the defendant's motion, which were completed and filed with this Court in December 2022. A trial date was set for December 1, 2023, with time excluded under the Speedy Trial Act until that time. On October 27, 2023, the Court issued a minute order requesting that the parties file a Status Report to indicate whether December 11, 2023 would be an available trial date for the parties, and whether defense counsel had been in contact with his client.

**B. Status Update**

The defendant has indicated, through counsel, that he intends to enter into a plea agreement with the United States. The government has not yet received signed copies of the plea

agreement. Defense counsel has been in communication with his client. The parties propose that a plea hearing be scheduled for November 30, 2023, at which time the defendant has indicated he would be available to travel to the District of Columbia.

If the defendant cannot proceed with a plea hearing, the government notes that it is available to proceed to trial on December 11, 2023. Counsel for the defendant notes that defense counsel is also available for trial on that date. The government notes, however, that it would **not** be available on Friday, December 15, 2023.

Respectfully submitted,

**COUNSEL FOR THE GOVERNMENT**

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By: *Jennifer Leigh Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 803-1590
Jennifer.blackwell3@usdoj.gov

　s/Anna Krasinski
Anna Krasinski
Assistant United States Attorney

**COUNSEL FOR THE DEFENDANT**

　s/Robert Jenkins by JLB
Robert L. Jenkins, Jr., Attorney At Law
Direct Dial: (703) 309-0899
Email: RJenkins@BynumAndJenkinsLaw.com
1010 Cameron Street; Alexandria, VA 22314