UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CASE NO. 21-CR-647 |
| v. | : | |
| | : | |
| BENJAMEN SCOTT BURLEW, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The Government provides this amended list of exhibits that the government may use during its case-in-chief. The Government may determine that some of these exhibits are not necessary, or it may determine that additional exhibits are necessary. The Government also anticipates that it will introduce extracts, including video clips and screenshots, from the below listed exhibits. The Government will promptly inform the Court and defense if the Government determines that additional exhibits may be necessary. The potential exhibits are:

| Exhibit No. | Description | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|
| *CAPITOL BUILDING AND GROUNDS* | | | | |
| 001 | USCP CCV Video Montage | | | |
| 002 | House and Senate Video Montage | | | |
| 003 | Restricted Perimeter | | | |
| 004 | Photograph of Capitol | | | |
| 005 | Capitol Building – 3D Map | | | |
| 006 | US Capitol Grounds Map | | | |
| 007 | US Capitol Ground Level Map | | | |
| 008 | Photograph of "Area Closed" sign | | | |
| 009 | Photograph of "Area Closed" signs | | | |
| 010 | Certificate of Authenticity - Senate Recording Studio | | | |
| 011 | Certificate of Authenticity of Records - House Recording Studio | | | |
| 012 | Jan. 5, 2021 email and Head of State Worksheet | | | |
| | | | | |

| | *BODY WORN CAMERA FOOTAGE* | | | |
|---|---|---|---|---|
| 100 | Body Worn Camera Footage – R.W. | | | |
| 100a | Body Worn Camera Footage – R.W. – enhanced | | | |
| 100b | Screenshot (00:09) | | | |
| 101 | Body Worn Camera Footage – O.F. | | | |
| 101a | Body Worn Camera Footage – O.F. – enhanced | | | |
| 101b | Screenshot (00:36) | | | |
| 101c | Screenshot (00:38) | | | |
| 101d | Screenshot (00:40) | | | |
| 102 | Body Worn Camera Footage – C.M. | | | |
| 102a | Body Worn Camera Footage – C.M. – enhanced | | | |
| 102b | Screenshot (00:37) | | | |
| 102c | Screenshot (00:46) | | | |
| 102d | Screenshot (00:52) | | | |
| 103 | Body Worn Camera Footage – J.C. – enhanced | | | |
| 103a | Screenshot (00:49) | | | |
| 104 | Body Worn Camera Footage – O.A. – enhanced | | | |
| 104a | Screenshot (00:05) | | | |
| | | | | |
| | *OPEN-SOURCE VIDEOS AND IMAGES* | | | |
| 200 | Video of Burlew loading magazine | | | |
| 200a | Screenshot (00:19) | | | |
| 201 | Video of Burlew on the Upper West Plaza (Part 4 of 6 – What really happened at Trump rally in D.C.) | | | |
| 201a | Screenshot (00:03) | | | |
| 201b | Screenshot (00:28) | | | |
| 201c | Screenshot (00:37) | | | |
| 201d | Screenshot (00:39) | | | |
| 202 | Video of Burlew on the Upper West Plaza (YouTube ABQ Raw) | | | |
| 202a | Screenshot (00:25) | | | |
| 202b | Screenshot (00:25) | | | |
| 202c | Video of Burlew on the Upper West Plaza (YouTube ABQ Raw) – without enhancements | | | |
| 203 | Video of Burlew on the Upper West Plaza (Inside the 2021 Storming of the United States Capitol) | | | |
| 203a | Screenshot (00:34) | | | |
| 203b | Screenshot (00:51) | | | |
| 203c | Screenshot (00:55) | | | |
| 204 | Video of Burlew Identifying Himself (#CitizensMediaNews) | | | |
| 204a | Screenshot (00:12) | | | |
| 205 | Video of Burlew on the Upper West Plaza (Video of Assault on J.M.) | | | |
| 205a | Screenshot (00:28) | | | |

| | | | | |
|---|---|---|---|---|
| 205b | Screenshot (00:43) | | | |
| 205c | Screenshot (00:57) | | | |
| 205d | Screenshot (01:03) | | | |
| 205e | Screenshot (01:04) | | | |
| 206 | Video of Burlew Near West Plaza Barricade (NEW FOOTAGE  January 6 Capitol Hill Protest) | | | |
| 206a | Screenshot (00:18) | | | |
| 207 | Video of Burlew climbing the Scaffolding (Insurgence USA long – Full Video Trump Supporters Storming the Capitol) | | | |
| 207a | Screenshot (00:22) | | | |
| 207b | Screenshot – closeup | | | |
| 208 | Image of Burlew on Scaffolding | | | |
| 209 | Video of Burlew Walking Away from Scaffolding (©Nigrotime2021) | | | |
| 210 | Video of Burlew in Scaffolding | | | |
| 210a | Screenshot (00:41) | | | |
| 211 | Video of Burlew near Northwest stairs | | | |
| | | | | |
| *SAFEWAY RECORDS* | | | | |
| 300 | Certificate of Authenticity | | | |
| 301 | Safeway Early Closure Notice for Washington, DC stores 1/6/2021 | | | |
| 302 | Safeway Mid-Atlantic Daily Sales Report for Washington, DC stores 1/5/2021 -1/7/2021 | | | |
| 303 | Safeway Warehouses Shipments Lancaster, PA to Washington, DC | | | |
| | | | | |
| *CURFEW DOCUMENTS* | | | | |
| 400 | D.C. Mayor's Order 2021-002 | | | |
| 401 | Curfew Tweet | | | |
| | | | | |
| *JAIL CALLS* | | | | |
| 500 | Jail Call 1 – clip 1 | | | |
| 501 | Jail Call 1 – clip 2 | | | |
| 502 | Jail Call 2 – clip 1 | | | |
| 503 | Jail Call 2 – clip 2 | | | |
| 504 | Certification of Authenticity | | | |
| | | | | |
| *CCV FOOTAGE* | | | | |
| 600 | CCV Footage – West Terrace | | | |
| 601 | CCV Footage – West Terrace | | | |
| 602 | CCV Footage – Stairs and Scaffolding | | | |
| 602a | Screenshot (00:08) | | | |
| 603 | CCV Footage – Interior Stairwell | | | |

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| DATED: December 1, 2023 | By: | /s/ Anna Z. Krasinski<br>Anna Z. Krasinski<br>Assistant United States Attorney<br>New Hampshire Bar No. 276778<br>United States Attorney's Office<br>Detailed from the District of New Hampshire<br>Phone: (202) 809-2058<br>Email: anna.krasinski@usdoj.gov |
|  |  | Jennifer Leigh Blackwell<br>Assistant United States Attorney<br>D.C. Bar No. 481097<br>U.S. Attorney's Office for the District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 803-1590<br>Email:jennifer.blackwell3@usdoj.gov |