UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.                               Case No.: 1:21-cr-00647-RDM

BENJAMEN SCOTT BURLEW.
      Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Comes now counsel for the defendant, BENJAMEN SCOTT BURLEW, and files this motion to withdraw as counsel. The request is made at the direction of the defendant. A copy of the request has been served on the defendant.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant BENJAMEN SCOTT BURLEW

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on July 3, 2024, on all counsel of record via ECF and to:

Benjamen Scott Burlew, DCDC 389 736
Central Treatment Facility
1901 E Street, SE
Washington, DC 20001

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314

(703) 309 0899 Telephone  
(703) 549 7701 Fax  
RJenkins@BynumAndJenkinsLaw.com  
Counsel for Defendant BENJAMEN SCOTT BURLEW