UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) Case No. 1:21-cr-647 |
| BURLEW | ) |
| *Defendant.* | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Jonathan Gross, who was admitted to this Court, hereby enters his appearance as counsel for Defendant BENJAMIN BURLEW.

Dated: July 3, 2024

Respectfully Submitted,
/s/ Jonathan Gross
JONATHAN GROSS
Bar ID: MD0162
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on July 3, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/ Jonathan Gross