**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Case No. 1:21-cr-647 |
| | ) |
| BURLEW | ) |
| | ) |

**DEFENDANT'S EMERGENCY MOTION FOR RELEASE AND REQUEST FOR AN EMERGENCY HEARING**

Defendant Benjamen Burlew, by and through counsel, hereby files this Emergency Motion for Release.

In the late afternoon, early evening of September 10, 2024, Mr. Burlew was brought to medical in the DC Jail and his temperature was taken. This is known to be a sign that they are preparing to transfer him.

When prisoners are transferred, they undergo a grueling dehumanizing process that is traumatizing and terrifying. It occurs in the middle of the night, at 2 or 3 in the morning. Inmates are suddenly awakened, stripped of their humanity, and shuttled to unknown locations. Their families are not informed that a transfer is occurring or given any information about the transfer, which is terrifying and completely unnecessary. There is no contact with the family or attorney for several days, sometimes more than a week. The family does not know if the inmate is dead or alive. There is no way to contact them and the jail and the marshals refuse to provide any information whatsoever. This is about to happen to Benjamen Burlew, who is only in custody because he missed a court appearance, not because he is a danger to anyone.

As the Court is aware, on November 1, 2021, the Marshals conducted an inspection of the CDF and CTF and the results were damning. A task force was immediately formed to cure the horrific conditions of the facilities. The report is attached as Exhibit 1.

Judge Royce Lamberth held the jail in contempt. The order is attached as Exhibit 2.

Meanwhile, almost three years have passed and nothing has been done. On June 7, 2024, while Ben Burlew was detained in the CDF, the Task force released another damning report. See [https://www.courtexcellence.org/news-events/district-task-force-on-jails-justice-statement-disapproving-of-dcs-proposed-jail-plan](https://www.courtexcellence.org/news-events/district-task-force-on-jails-justice-statement-disapproving-of-dcs-proposed-jail-plan).

The Task Force reported that in the last 17 months leading up to June 7, 2024, including a month when Mr. Burlew was detained in the CDF - 17 people died while in the control of the DC Jail. No distinction is made between the CDF or the CTF. The Jail has failed to put forth a satisfactory plan to cure the systemic failures found by the marshals in November of 2021. An average of 1 person per month died in a period that lasted almost a year and a half, and there is still no plan to fix the problem. Based on the Task Force Report, the Court should issue an order for the Jail to show cause why they have not violated Judge Lamberth's Contempt Order. Somebody should be held accountable and nobody should be detained in that Jail.

The Government stated at the last hearing that it would look into the matter. That is three years too late. The Marshals Report recommended three years ago that the DOJ investigate civil rights violations at the jail. See Exhibit 1. The DOJ has not indicated, at least in public records, that an investigation has been conducted. Instead, after the last hearing, the Government relied exclusively on self-reporting from the Jail, and not surprisingly, the Jail reported that everything is fine.

Then, on September 9, 2024, Mr. Burlew was visited by his Congressman, Representative Josh Brecheen, from Oklahoma. Suddenly, the Jail decides to transfer Mr. Burlew the next day. This smacks of retaliation and the Court must not allow it. Further, this has the appearance of a

cynical litigation tactic to moot the pending motion by transferring Mr. Burlew to a different facility and to protect the Jail from an investigation.

Transfer to another facility will make matters worse, not better. First, while the conditions are unsatisfactory, at least over the last month Mr. Burlew has achieved an equilibrium. Transferring him anywhere other than his home will be a disaster for his physical and mental health and he will have to start adjusting all over again.

Further, at least he is located in Washington, DC where his attorney and his Congressman can visit him. If he is transferred, he will be moved to an unknown location anywhere in the country that will likely be far away from anyone who can visit him. At the very least, if he is transferred - which he should not be - he should be placed in a facility close to his family.

The most likely scenario is that he will be moved to a facility that is even worse than the DC Jail and then he will have to be transferred and resettled once again.

To repeat what was stated above, from January 2023 to June 2024, one person every month died in the DC Jail. This was completely foreseeable based on the Marshals' Report, and had the DOJ investigated per the Marshals' recommendation, those 17 people could very well be alive today.

Three years ago, Mr. Burlew was released on his own recognizance. He was compliant for years until he missed a court date. This can be cured. He can be released to the custody of a custodian and given an ankle monitor. There is no reason to keep him in a Jail where there is a very real statistical probability that he may die, or to subject him to an inhumane transfer process just to send him to some unknown facility that may be even worse than the one he is in now. There is also no risk to the community as Mr. Burlew is not a danger to anyone.

Mr. Burlew is not asking the Court to solve the Nation's very real Jail problem through this motion. He is simply making a reasonable request that should be granted in the abundance of caution to potentially preserve his life, given the very serious problems with the Jail system, the severe disabilities that Mr. Burlew obtained serving this country honorably in combat, and the fact that Mr. Burlew is only incarcerated for missing a court date and not because he is a danger to the community.

## CONCLUSION

For the foregoing reasons, Mr. Burlew respectfully requests that the Court grant Mr. Burlew's Motion for Release immediately and assigned him to the custody of his wife with conditions that the Court deems necessary to ensure his appearance at court.

Dated: September 10, 2024                                    Respectfully submitted

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024 the foregoing was served on all parties by CM/ECF.

/s/ Jonathan Gross