**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:21-cr-647 |
| ) | |
| BURLEW ) | |
| ) | |

**DEFENDANT'S MOTION REQUESTING TO APPEAR REMOTELY FOR THE HEARING ON SEPTEMBER 26, 2024**

Defendant Benjamen Burlew, by and through counsel, hereby files this motion requesting to appear remotely for the hearing on September 26, 2024.

As the Court is well aware, the Defendant was transferred to a federal prison in Pennsylvania, hours away from DC. Due to his disabilities, the travel from Pennsylvania to DC will be extremely painful and detrimental to his physical and mental health. During COVID, Courts routinely allowed remote hearings on the basis of health concerns. Here, there are also health concerns. Further, Defendant is not asking for the hearing to be held remotely, rather he is only asking that he be allowed to appear remotely. He was permitted to appear remotely for hearings in this case in the past.

**CONCLUSION**

For the foregoing reasons, Mr. Burlew respectfully requests that the Court allow him to appear remotely for the hearing on September 26, 2024.

Dated: September 17, 2024                                  Respectfully submitted

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024 the foregoing was served on all parties by CM/ECF.

/s/ Jonathan Gross