UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-647 (RDM) |
| | : | |
| BENJAMEN SCOTT BURLEW, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST TO APPEAR REMOTELY/TELEPHONICALLY**

The government submits this response to the Defendant's Motion to Appear Telephonically/Remotely at the hearing on September 26, 2024, per the Court's Minute Order dated September 17, 2024.

Pursuant to Federal Rules of Criminal Procedure 43, the defendant may not waive his presence at certain events including initial appearance, arraignment, plea, trial stage, and sentencing. Fed. R. Crim. Proc. 43(a). A defendant need not be present if a proceeding involves only a conference or hearing on a question of law. Fed. R. Crim. Proc. 43(b)(3).

The September 26, 2024, hearing was scheduled in order for the defendant to address the pending motion to vacate his plea agreement and motion for release. Defense counsel has represented to the government that his client does not intend to testify at the hearing. With the defendant's and defense counsel's consent, the Court previously agreed to appoint an independent attorney to discuss the defendant's decision regarding whether to waive the attorney-client privilege for purposes of his motion to withdraw his guilty plea. Defense counsel has represented that the defendant does not intend to waive the privilege.  Thus, because he will not be a witness

1

at the hearing and will not need to meet with independent counsel to discuss a possible waiver of the attorney-client privilege, the government does not oppose the defendant's request to appear virtually or telephonically.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

        BY:    *s/Jennifer Leigh Blackwell*
        Jennifer Leigh Blackwell
        Assistant United States Attorney
        D.C. Bar No. 481097

        *s/Anna Krasinski*
        Anna Krasinski
        Assistant United States Attorney