**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-647 |
| | ) | |
| BURLEW | ) | |
| | ) | |

**DEFENDANT'S MOTION REQUESTING IMMEDIATE RELEASE FROM THE**
**CENTRAL DETENTION FACILITY (CDF)**

Defendant Benjamen Burlew, by and through counsel, hereby files this motion requesting immediate release from the CDF.

Early in the morning, the U.S. Marshals transferred Benjamen Burlew to the DC Jail's Central Detention Facility.

In 2021, the United States Marshals inspected the CDF and found horrifying conditions that violate civil and human rights. They found that food and water were withheld from inmates for punitive reasons. They found standing sewage. They observed callous guards who obstructed the Marshals inspection by threatening inmates to prevent them from "snitching." The Marshals' letter is attached as Exhibit 1.

Earlier this year, the Department of Corrections gave a presentation of its plans to fix the CDF which was met with disapproval.[1] In other words, three years later, nothing has been done to improve the conditions of the CDF, which the Marshals have already referred to the Justice Department for civil rights violations.

---

[1] https://www.courtexcellence.org/news-items/district-task-force-on-jails-justice-statement-disapproving-of-dcs-proposed-jail-plan.

Just days ago, on September 16, 2024, it was reported that another inmate died in the DC Jail.[2] According to the same report, 3 people died in about a two-week span in the month of May of this year, around the same time Mr. Burlew was detained there. According to the same report, the man who died a few days ago was the sixth person to die in custody in 2024. It was reported by the DOC that "three separate inmate-on-inmate assaults" took place between Sept. 11 and Sept. 14 in the Central Detention Facility.

There is a very real possibility that Benjamen Burlew will die if he is transferred to the CDF. This is aside from the fact that he has PTSD from the time he spent in the Jail in May through June of this year. He is a wounded veteran who has serious PTSD, well-documented by the Veterans Administration and Social Security, from a decade fighting for this country. The system has now exacerbated that PTSD to the point that he will likely never recover for the rest of his life.

Undersigned counsel emailed the Jail attorney early this morning as soon as it was discovered that Mr. Burlew was being transferred to the CDF. The Jail attorney responded that the Court has no power to prevent Mr. Burlew from being placed in the CDF and that "he needs to go through intake process, which takes about 3-5 days – so regardless, he has to be a CDF intake."

Mr. Burlew respectfully implores the Court to do whatever is possible to prevent him from spending 3 to 5 days locked down in the CDF. Mr. Burlew respectfully implores the Court that he order Mr. Burlew released immediately to home detention with whatever conditions the Court deems necessary, to avoid sending Mr. Burlew to a facility that is known to violate human rights.

---

[2] https://washingtoncitypaper.com/article/749584/a-man-died-in-the-dc-jail-the-sixth-in-custody-death-in-2024/.

3

**CONCLUSION**

For the foregoing reasons, Mr. Burlew respectfully requests that the Court order his immediate release to home detention.

Dated: September 25, 2024                                      Respectfully submitted

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com


**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024 the foregoing was served on all parties by CM/ECF.

/s/ Jonathan Gross