**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:21-cr-647 |
| ) | |
| BURLEW ) | |
| ) | |

**DEFENDANT'S EMERGENCY MOTION FOR RELEASE**

Defendant Benjamen Burlew, by and through counsel, hereby files this motion for release.

Undersigned counsel just learned that Mr. Burlew is being loaded onto a bus and is going to be transferred to the DC Jail where he will be placed in the Central Detention Facility. The Court is aware that the United States Marshals has long ago declared that the conditions at the CDF violate human rights, and many reports have indicated that the death rate at the CDF is at least one person per month, with the latest fatality just a few days ago.

Undersigned counsel has repeatedly asked the Government and the Jail for months to provide any reason to believe that the horrifying reports are not true, or else that there is any evidence that the horrific conditions have been cured. Neither has been provided.

It is baffling that the United States Marshals continue to house anyone at the CDF. According to reports and statements made at public meetings by District of Columbia officials at an emergency meeting in 2021, these systemic problems have persisted for years - according to some reports, for decades. When the problem was brought to light in 2021, 400 prisoners were moved from the CDF immediately. Yet somehow, three years later, the Marshals continue to transfer people there, and there is no evidence that the Jail has reformed.

It was clearly established yesterday that Mr. Burlew would not be transferred to the CDF and he was greatly relieved because he was so deeply traumatized from his time there in May and June of this year.

To remind the Court, it was not disputed that in the CDF inmates are locked down in solitary confinement for periods of 23 hours a day, but over the weekends they are locked down for 72 hours. Today is Thursday, and Mr. Burlew is afraid that if he is brought to the CDF, he will be locked down for 72 hours. There is no justification for this punishment.

Accordingly, Mr. Burlew respectfully, once again, implores the Court to release him to the custody of his wife with whatever restrictions the Court deems necessary.

| | |
|---|---|
| Dated: September 26, 2024 | Respectfully submitted |
| | /s/ Jonathan Gross<br>Jonathan Gross<br>2833 Smith Ave., Suite 331<br>Baltimore, MD 21209<br>(443) 813-0141<br>jonathansgross@gmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024 the foregoing was served on all parties by CM/ECF.

/s/ Jonathan Gross