**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-647 |
| | ) | |
| BURLEW | ) | |
| _____ | ) | |

**DEFENDANT'S EMERGENCY MOTION FOR RELEASE**

Defendant Benjamen Burlew, by and through counsel, hereby files this motion to withdraw his emergency motion for release filed on September 26, 2024.

Earlier this morning, an employee at the federal facility in Philadelphia where Mr. Burlew is being detained woke him up and informed him that he was scheduled to be on Bus #3 leaving imminently to the DC Jail.

Mr. Burlew sent word to his attorney, and his attorney sounded the alarm, including filing an emergency motion for release.

Subsequently, the order to transfer him to DC was canceled.

Accordingly, Mr. Burlew respectfully requests that his Emergency Motion for Release be withdrawn.

Dated: September 26, 2024

Respectfully submitted

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave., Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2024 the foregoing was served on all parties by CM/ECF.

/s/ Jonathan Gross