UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | )   1:21-cr-647 |
| | ) |
| **BURLEW** | ) |
| | ) |

### DEFENDANT'S MOTION FOR REMOTE SENTENCING HEARING

Defendant Benjamen Burlew, by and through counsel, respectfully requests that the Court allow Mr. Burlew to appear at his sentencing hearing remotely.

If Mr. Burlew is required to appear in person for his sentencing hearing scheduled for January 22, 2025, he will be transferred to the D.C. Jail and will be placed in the Central Detention Facility. In October of 2021, the United States Marshals inspected the D.C. Jail and found "evidence of systemic failures" and serious violations of human rights. See Exhibit A, letter from United States Marshal concerning the D.C. Jail.

To date, there is no evidence that the Department of Justice has followed up to investigate, much less remediate, the horrific conditions that persist at the Jail. Defendant has already suffered in the D.C. Jail, including the CDF, and implores the Court to grant his request to a remote hearing so that he does not have to endure even another day under those conditions.

As late as February 14, 2024, the House of Representatives Subcommittee on Crime and Federal Government Surveillance held a hearing where the Director of the United States Marshals Service was questioned about the treatment of inmates at the D.C. Jail.[1] It was revealed at the hearing that the Jail refused a request to provide body camera footage to aid in a congressional investigation.

---

[1] https://www.congress.gov/event/118th-congress/house-event/LC72521/text.

> Congressman Troy Nehls: "In January, my staff FOIA'd this camera footage from both the U.S. Marshals and the Department of Corrections. The U.S. Marshals, who you oversee, J6 detainees, denied our request and stated that it fell within the D.C. DOC. … However, the DOC later denied our request and appeal … I find this to be a severe departure from the truth and a blatant excuse not to release the footage."[2]

Sentencing hearings for January 6 defendants have been held remotely in other cases, including where the Government appeared in person but had no objection to the defendant appearing remotely. *See, e.g., United States v. James Ray Epps,* 1:23-cr-321 (JEB), ECF No. 11 ("The government has no objection to the defendant (and his counsel) appearing by Zoom.").

Given the state of conditions at the D.C. Jail, and the fact that the Government has not objected to defendants appearing remotely for other January 6 defendants, and that the court has allowed defendants to appear remotely in the past, the Defendant respectfully requests to be allowed to appear remotely at his scheduled sentencing hearing on January 22, 2025.

## CONCLUSION

WHEREFORE Mr. Burlew prays this Court will grant the relief sought herein.

DATED: January 4, 2025

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
Bar ID: MD0162
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

---

[2] *Id.*

**CERTIFICATE OF SERVICE**

I hereby certify on January 4, 2025, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross