**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | 1:21-cr-647 |
| ) | |
| **BURLEW** ) | |
| ) | |

### DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO A REMOTE SENTENCING HEARING

Defendant Benjamen Burlew, by and through counsel, respectfully submits this Reply to the Government's Opposition to allowing Mr. Burlew to appear remotely at his sentencing hearing set for January 22, 2025.

The Government opposes Mr. Burlew appeared remotely at a sentencing hearing because according to them, the rules do not permit it. However, remote sentencing hearings were permitted even for felonies during the COVID-19 emergency. This is no different. Mr. Burlew's life will be endangered if he is sent to the CDF which the Government does not dispute was found by the United States Marshals to violate the human rights of the inmates, and where the staff obstructed justice during the Marshals' inspection in October of 2021, and has never been held accountable.

Unless the Government can suggest an alternative to sending Mr. Burlew to the CDF, which is still in contempt by this Court, the Court should allow Mr. Burlew to appear remotely just as defendants were allowed to do so during the COVID-19 emergency.

WHEREFORE Mr. Burlew prays this Court will grant the relief sought herein.

DATED: January 6, 2025

Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
Bar ID: MD0162
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on January 6, 2025, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross