UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v.           ) | 1:21-cr-647 |
| ) | |
| BURLEW ) | |
| _____) | |

### DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE THAT THE CONDITIONS OF THE CDF HAVE IMPROVED SINCE THE COURT'S CONTEMPT ORDER

Defendant Benjamen Burlew, by and through counsel, respectfully submits this Motion for an Order for the Government to Show Cause, and states as follows.

On October 31, 2021, this Court held the warden of the D.C. Jail and the D.C. Department of Corrections in contempt. See Exhibit A. The Clerk of the Court was "ORDERED to transmit a copy of the Order to the Attorney General of the United States for appropriate inquiry into potential civil rights violations of January 6 defendants."

To this day, inmates at the CDF, including Mr. Burlew, continue to bring allegations consistent with the horrific findings of the United States Marshals issued in October of 2021, that resulted in the Court's contempt order.

At Mr. Burlew's last court appearance, the Government claimed ignorance about the conditions of the Jail, indicating that no investigation has been conducted in the years since the Court referred the matter to the DOJ for investigation. The Government did not produce any report of findings to the Court at that time.

The findings of the United States Marshals were affirmed by the D.C. City Council, who stated in no uncertain terms that the deficient conditions at the D.C. Jail has been an ongoing problem for many years.

In June of 2024, a plan to cure the conditions was presented and was met with criticism. At that time, it was alleged that 17 inmates died in the D.C. Jail in a span of 17 months.

The Government now insists that Mr. Burlew be sent to the D.C. Jail for the sole purpose of appearing in person at his sentencing hearing, scheduled for January 22, 2025.

Mr. Burlew filed a motion to appear remotely, something that is routinely done and was allowed during the COVID-19 emergency, but the Government has opposed his motion.

The Government has not offered any alternative way for Mr. Burlew to appear in person at the hearing other than be transferred from the facility in Philadelphia where he is currently located to the D.C. Jail, where he will be placed in the CDF.

According to the available data, the chance of him dying while in the CDF is greater than his chance of dying of COVID during the height of the pandemic.

Since July of 2024, Counsel for Mr. Burlew has repeatedly requested from the Government to provide any assurances that the DOJ has investigated the CDF and/or that the findings of the Marshals have been cured. The latest inquiry as to whether the DOJ has conducted an investigation into the Marshals' 2021 allegations was by email sent on January 6, 2025, but the Government has not responded.

Accordingly, Mr. Burlew requests that this Court issue an Order that the Government show cause as to how it can be certain that the conditions in the CDF that existed at the time of the Court's contempt order in 2021, have been cured and how it can be certain that Mr. Burlew will be granted his constitutional rights if he is transferred there.

WHEREFORE Mr. Burlew prays this Court will grant the relief sought herein.

DATED: January 8, 2025

                                                                   Respectfully submitted,

                                                                   /s/ Jonathan Gross
                                                                   Jonathan Gross
                                                                   Bar ID: MD0162
                                                                   2833 Smith Ave, Suite 331
                                                                   Baltimore, MD 21209
                                                                   (443) 813-0141
                                                                   jonathansgross@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on January 8, 2025, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross